[No. 44906-1-I.   Division One.   January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRK MICHAEL
BAUER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-06211-4, Ronald Kessler, J., entered June
18, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 46071-4-I.   Division One.   January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. LELAND A. JORDAN,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-1-06216-3, Carol A. Schapira, J., entered
November 15, 1999. *Affirmed* by unpublished per curiam
opinion.

[No. 46645-3-I.   Division One.   January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOANN BRUTSCHE,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-1-04164-6, Terence Lukens, J., entered
March 31, 2000. *Dismissed* by unpublished per curiam
opinion.

[No. 46929-1-I.   Division One.   January 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. AHMAD
CHRISTOPHER JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 99-1-50860-9, Nicole MacInnes, J., entered
March 20, 2000. *Affirmed* by unpublished per curiam opinion.